REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2009 SP 16 PM 1:47

WEST... ...RICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____ ⟨signature⟩
                              DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [COUNTS 1-2 – Vio: 18 U.S.C. § |
| | § | 924(a)(1)(A): Commit False Statement |
| DELFINA GUARDADO | § | in Acquisition of Firearm.] |

**DR09CR1196**

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 924(a)(1)(A)]

That on or about October 17, 2008, in the Western District of Texas, Defendant,

DELFINA GUARDADO

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hesles Store #1 d/b/a Hesles Gun and Knives Store, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that she was the actual buyer of the firearm indicated on the form, when in fact she was not the actual buyer of this firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO
### [18 U.S.C. § 924(a)(1)(A)]

That on or about December 1, 2008, in the Western District of Texas, Defendant,

DELFINA GUARDADO

knowingly made a false statement and representation with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hesles Store #1 d/b/a Hesles Gun and Knives Store, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that she was the actual buyer of the firearm indicated on the form, when in fact she was not the actual buyer of this firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

JOHN E. MURPHY
Acting United States Attorney

By: _____
BENJAMIN D. SEAL
Assistant United States Attorney

SEALED:

UNSEALED: XX

# DR09CR1196

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>MAVERICK</u>        USAO #:

DATE: <u>September 16, 2009</u>        MAG. CT. #:

AUSA: <u>BENJAMIN D. SEAL</u>

DEFENDANT: DELFINA GUARDADO

CITIZENSHIP: <u>United States</u>

INTERPRETER NEEDED: <u>No</u>        Language: <u>English</u>

DEFENSE ATTORNEY: <u>Not Available</u>

ADDRESS OF ATTORNEY: <u>Not Available</u>

DEFENDANT IS: <u>FUGITIVE</u>        DATE OF ARREST: <u>N/A</u>

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>.

OFFENSE: (Code & Description): <u>Count 1-2- 18 U.S.C. §924(a)(1)(A) Commit False Statement in Acquisition of Firearms.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count - 0-5 years imprisonment; up to $250,000 fine; up to 3 years of supervised release.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>        W/DT-CR-3